```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                  Case No. 05-cr-215-PB

**Christopher Stallings, et. al.**

### O R D E R

     The defendant has moved to continue the May 2, 2006 trial in the above case, citing the need for additional time to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

     Accordingly, in order to allow the parties additional time to complete discovery and properly prepare for trial, the court will continue the trial from May 2, 2006 to September 6, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The April 20, 2006 final pretrial is continued to August 30, 2006 at 3:45 p.m.

SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

April 19, 2006

cc:   Jonathan Saxe, Esq.
      Donald Feith, AUSA
      Paul Pappas, Esq.
      United States Probation
      United States Marshal