**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>**United States of America**</u>

    **v.**                                              Case No. 05-cr-215-PB

<u>**Christopher Stallings**</u>


<u>**O R D E R**</u>

The defendant has moved to continue the September 6, 2006 trial in the above case citing the need for additional time to address charges in a superseding indictment returned on August 30, 2006.  Co-defendant Larry Stallings objects to a continuance of the trial date, however the government does not object.

For the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial date from September 6, 2006 to November 7, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The court will hold a final pretrial conference on October 25, 2006 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 5, 2006

cc:  Bjorn Lange, Esq.
     Paul Pappas, Esq.
     Donald Feith, AUSA
     United States Probation
     United States Marshal